## Commonwealth *v.* Russell, Appellant.

Before Johnstone, Jr., P. J.

Submitted June 10, 1974. *William C. Haynes,* for appellant; *James R. Leonard,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.